Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000
paleeming@sbcglobal.net

Attorneys for defendant
DAVID CAMPOY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CAMPOY, et al<br><br><br>Defendants. | No. CR 20-0458 BLF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE FROM MAY 10, 2022 TO JULY 26, 2022** |

    1.    This matter is set for a status hearing on May 10, 2022 at 9:00 AM. The 23-count Second Superseding Indictment charges fifteen defendants with a variety of drug trafficking and firearms offenses. The case involves a substantial

Stipulation and ~~Proposed~~ Order 20 CR-0458- 1

volume of discovery, including multiple wiretaps, and has previously been found to be complex for Speedy Trial Act purposes.

2. The government has been producing discovery on a rolling basis. Recently, the government provided new discovery to a subset of defense counsel, and anticipates producing that same material to all defense counsel in the coming weeks.

3. Defense counsel anticipates additional discovery requests based on the review of the materials already provided. Both sides continue to meet and confer on discovery obligations.

4. Finally, although not a statutory basis for exclusion of time from the Speedy Trial Act, various parties are actively engaging in settlement negotiations with the government, and additional resolutions are expected before the July 26, 2022 proposed date.

5. The parties stipulate that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial, given the need for effective preparation of counsel.

For the above reasons, the parties respectfully request that the date of May 10, 2022 be vacated, and that the matter be re-set for a status conference on July 26, 2022 at 9:00 A.M.

**IT IS SO STIPULATED.**

DATED: _____/s/_____
ALEXANDRA SHEPARD
Assistant United States Attorney

DATED _____/s/_____
PETER LEEMING
Attorneys for David Campoy

DATED:  _____/s/_____
DOUGLAS RAPPAPORT
Counsel for Defendant David Greenman

DATED:  _____/s/_____
SEVERA KEITH
Counsel for Defendant Kimberly Carrasco

DATED:  _____/s/_____
JACK GORDON
Counsel for Defendant Miguel Carrizal Zamora

DATED:  _____/s/_____
RICHARD WEESE,
Counsel for Defendant Jose Rodriguez Naranjo

DATED:  _____/s/_____
NAOMI CHUNG
Counsel for Defendant Nicholas Ardanuy

DATED:  _____/s/_____
JERRY FONG
Counsel for Defendant Ignacio Espinoza

DATED:  _____/s/_____
ROBERT CAREY
Counsel for Defendant Juan Johel Padilla

DATED:  _____/s/_____
ALFREDO MORALES
Counsel for Defendant Luis Sendino

DATED:  _____/s/_____
ROBERT LYONS
Counsel for Defendant Michael Osuna Guizar

Stipulation and ~~Proposed~~ Order 20 CR-0458- 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 20 CR-0458 BLF |
| Plaintiff, | ) **[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE DATE** |
| vs. | ) |
| DAVID CAMPOY, et al, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby Ordered that the status conference set for May 10, 2022 the above matter is continued to July 26, 2022 at 9:00 A. M. for status.

The time between May 10, 2022 and July 26, 2022 is excluded from the Speedy Trial Act due to the need for defense investigation and effective preparation of counsel. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

It is so Ordered.

Dated: May 5, 2022

_____
The Hon. Beth Labson Freeman United States District Court Judge