**~~PROPOSED~~ ORDER/COVER SHEET**

TO:     Honorable Susan van Keulen            RE:    David Greenman
        U.S. Magistrate Judge

FROM:   Silvio Lugo, Chief                    Docket No.:   5:20-cr-00458-BLF-4
        U.S. Pretrial Services Officer

Date:   2/15/23

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sheri Broussard                                          (415) 436-7511

U.S. Pretrial Services Officer                           TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  A.  The defendant shall report to Geocare Halfway House on 111 Taylor Street in San Francisco, CA and remain there on lockdown, except to pick up Methadone, until Tuesday, February 21, 2023 when the defendant shall report to Pathway Society Residential Treatment.

  B.  The defendant shall participate in residential substance abuse treatment at Pathway Residential as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____                    February 15, 2023
JUDICIAL OFFICER                             DATE

cc:PTS